**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **3:09-md-02100-DRH**<br><br>**MDL No. 2100** |

**This Document Relates to:**

| | |
|---|---|
| *Ashley Behnke v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-11070-DRH |
| *Nicole Carbonaro v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10788-DRH |
| *Teffeny Collier-Wright v. Bayer Corp., et al.* | No. 3:12-cv-20105-DRH |
| *Danielle Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11137-DRH |
| *Amanda Fuller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11161-DRH |
| *Heather Glass v. Bayer Corp., et al.* | No. 3:12-cv-10991-DRH |
| *Erin E. Knowles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10039-DRH |
| *Jelisa Laurent v. Bayer Corp., et al.* | No. 3:12-cv-10465-DRH |
| *Thaira Lopez v. Bayer Corp., et al.* | No. 3:10-cv-12840-DRH |
| *Melodie Mixon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10581-DRH |
| *Alexandrea Noack v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11160-DRH |
| *Kelli Plummer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11283-DRH |

| | |
|---|---|
| *Gabrielle Qualman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10040-DRH |
| *Elizabeth Stoneburg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10119-DRH |
| *Jennifer Sykes v. Bayer Corp., et al.* | No. 3:12-cv-10715-DRH |
| *Natasha Thompson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10789-DRH |
| *Candace and Michael Trahan v. Bayer Corp., et al.* | No. 3:12-cv-10847-DRH |
| *Mallory McGlothin v. Bayer Corp., et al.* | No. 3:10-cv-13567-DRH |
| *Annaliza Mendoza v. Bayer Corp., et al.* | No. 3:10-cv-13230-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on July 18, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**Dated: July 22, 2013**

Digitally signed by David R. Herndon
Date: 2013.07.22 15:06:03 -05'00'

**BY: *__/s/Sara Jennings*__**
**Deputy Clerk**

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**